# EXHIBIT C

# RHODE ISLAND

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS INC.*
*240 TECHNOLOGY DRIVE*
*IDAHO FALLS, ID 83401*
*PH:(208)528-9895*
*ATT: TERRILL NIELSON*

RECEIVED FOR RECORD
NORTH SMITHFIELD R.I.

Sep 14,2012 at 08:03A

BOOK  581 PAGE    1
DOC #: 00021819

TOWN OF *NORTH SMITHFIELD*
Loan.No *(0012253720 ) [269]*

Pool.No                              Space above for recorder's use

Assignment-Interv.-Recorded

# ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, Sand Canyon Corporation f/k/a Option One Mortgage Corporation,

located at *1525 S. BELTLINE RD, COPPELL, TX 75019*
does hereby grant, assign, transfer and set over unto *Wells Fargo Bank, N.A.,*
*as Trustee for SABR Trust 2004-OP1, Mortgage Pass-Through Certificates,*
*Series 2004-OP1*

located at  *1525 S. Beltline Rd  Coppell, TX 75019*
                                                          its successors
and assigns a certain Mortgage or Deed of Trust dated  *NOVEMBER 19, 2003*
executed by *WILLIAM R OVERDEEP AND CYNTHIA C OVERDEEP*
                                                          as Grantor(s),
and recorded in Volume *261*       Page No. *1127*       Instrument No.
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of *NORTH SMITHFIELD*    State of Rhode Island on the *24th* day of *NOVEMBER 2003*
Time of recording *AM10:25*            .
Property Address: *1621 OLD SMITHFIELD RD NORTH SMITHFIELD, RI 02896-8217*

Loan No.

(NMRI.RI)                         Page 1 of 2
C=s.208.0002
P=S.002.00013.12      J=am8040112ai.s.00678

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED *APRIL 18, 2012* _____.

**Sand Canyon Corporation f/k/a Option One Mortgage Corporation**

Witness, *TIFFANY BITSOI* _____

*MELISSA HIVELY*
*VICE PRESIDENT*

Witness, *REBECCA HIGLEY* _____

_____

STATE OF *IDAHO* _____ )
                                 ) ss
COUNTY OF *BONNEVILLE* _____ )

On *APRIL 18, 2012* _____, before me, the undersigned, a Notary Public in and for said County and State, personally appeared *MELISSA HIVELY* _____ known to me to be the person who executed the within instrument as the *VICE PRESIDENT* _____ , and _____ known to me to be the person who executed the within instrument as the _____ of the Corporation that executed the within instrument and acknowledged to me that the Corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors. WITNESS my hand and official seal.

*KRYSTAL HALL   (COMMISSION EXP. 11-14-17)*
NOTARY PUBLIC

```
┌─────────────────────────┐
   KRYSTAL HALL
   NOTARY PUBLIC
   STATE OF IDAHO
└─────────────────────────┘
```

(NMRI.RI.2)                    Page 2 of 2
*C=s.208.0002*
*P=S.002.00013.12*       *J=am8040112ai.s*   RECORDED IN NORTHSMITHFIELD RI Sep 14,2012
                                              AT 08:03A ATTEST   DEBRA A TODD
                                                                  Town Clerk